NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1428, -1430, -1453

RAYMOND E. STAUFFER,

Plaintiff-Appellant,

v.

BROOKS BROTHERS, INC.,
and RETAIL BRAND ALLIANCE, INC.,

Defendants-Appellees,

v.

UNITED STATES,

Movant-Cross Appellant.

Appeals from the United States District Court for the Southern District of New York in 08-CV-10369, Judge Sidney H. Stein.

ON MOTION

ORDER

Raymond E. Stauffer moves for a 7-day extension of time, until March 19, 2010, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Raymond E. Stauffer
     Stephen L. Baker, Esq.
     Douglas N. Letter, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2010

JAN HORBALY
CLERK

2009-1428 et al.                    2